## IN RE: KNAUF INSULATION, INC., Knauf Insulation, SPRL, Appellants

2017-1317
2017-1323
2017-1324

United States Court of Appeals, Federal Circuit.

March 9, 2018

. JOSHUA PAUL LARSEN, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellants. Also represented by JAMES SWEENEY.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN

K. Kelley, Thomas W. Krause, Kakoli Caprihan.

(Reyna, Bryson, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**